1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

JOANNA MURPHY,                          )   NO. ED CV 11-1188 FMO
                                        )
12              Plaintiff,              )
                                        )
13          v.                          )   **JUDGMENT**
                                        )
14  MICHAEL J. ASTRUE,                  )
    COMMISSIONER OF SOCIAL             )
15  SECURITY ADMINISTRATION,            )
                                        )
16              Defendant.              )
                                        )
17

18          **IT IS ADJUDGED** that the decision of the Commissioner of the Social Security

19  Administration is affirmed.

20  Dated this 30th day of May, 2012.

21
22                                          /s/
                                    _____
23                                      Fernando M. Olguin
                                    United States Magistrate Judge
24
25
26
27
28